# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00806-CV

## In re Mohammad Reza Assadi

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Mohammad Reza Assadi has filed a "Notice of Writ of Mandamus" seeking relief from orders denying his motion to compel discovery and for reconsideration in the underlying civil suit. We treat relator's submission as a petition for writ of mandamus and deny the petition.

A party seeking mandamus relief has the burden of providing this Court with a sufficient record to establish his right to such relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *see* Tex. R. App. P. 52.7(a) (providing that mandamus record must contain, among other things, a "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). Here, Assadi has attached as exhibits both of the complained-of orders denying his motions but nothing else. This record does not meet the requirements of Rule 52.7; therefore, this Court lacks a record sufficient to assess the right to mandamus relief.

We accordingly deny relief.  *See* Tex. R. App. P. 52.8(a).  The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Filed:   December 13, 2024